1  GLYNN & FINLEY, LLP
   ANDREW T. MORTL, Bar No. 177876
2  ADAM M. RAPP, Bar No. 280824
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5  Email:      amortl@glynnfinley.com;
               arapp@glynnfinley.com
6
   MCCARTER & ENGLISH, LLP
7  Lanny S. Kurzweil (*admitted pro hac vice*)
   Natalie S. Watson (*admitted pro hac vice*)
8  Nathan C. Howe (*admitted pro hac vice*)
   Connor E. Phalon (*admitted pro hac vice*)
9  Four Gateway Center
   100 Mulberry St
10 Newark, NJ 07102
   Telephone:  (973) 639-2044
11
   John J. McAleese III (*admitted pro hac vice*)
12 1600 Market St, Suite 3900
   Philadelphia, PA 19103
13 Telephone:  (215) 979-3892
   Email:      lkurzweil@mccarter.com;
14 nwatson@mccarter.com; cphalon@mccarter.com;
   jmcaleese@mccarter.com; nhowe@mccarter.com
15
   Attorneys for Defendants
16 E.I. DU PONT DE NEMOURS AND COMPANY
   (as to all claims except the fraudulent transfer claims
17 (Fifth through Eighth Causes of Action))

18                          UNITED STATES DISTRICT COURT
                           CENTRAL DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| 20  GOLDEN STATE WATER COMPANY, | Case No. 2:20-cv-08897-SVW-AS |
| 21        Plaintiff, | **NOTICE OF MOTION AND JOINT MOTION OF DEFENDANTS E. I. DU PONT DE NEMOURS AND COMPANY, THE CHEMOURS COMPANY, CORTEVA, INC., AND DUPONT DE NEMOURS, INC. TO DISMISS COMPLAINT (FRCP RULES 12(b)(2) & 12(b)(6))** |
| 22        vs. | |
| 23  3M COMPANY (f/k/a Minnesota Mining and Manufacturing Co.), E.I. DU PONT DE NEMOURS AND COMPANY; THE CHEMOURS COMPANY; CORTEVA, INC.; DUPONT DE NEMOURS, INC.; AND DOES 1-49, | |
| 27        Defendants. | Date:  March 1, 2021<br>Time:  1:30 p.m.<br>Crtrm: 10A (First St. Courthouse)<br>Judge: Hon. Stephen V. Wilson |

28

NOTICE OF JOINT MOTION TO DISMISS OF CHEMOURS, E. I. DU PONT DE NEMOURS, CORTEVA AND DUPONT DE NEMOURS

ME1 35059722v.1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 1, 2021 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 10A of the United States District Court for the Central District of California, First Street Courthouse, located at 350 W. First Street, Los Angeles, California 90012, Defendants E. I. du Pont de Nemours and Company, The Chemours Company, Corteva, Inc., and DuPont de Nemours, Inc. (together, "Defendants") will bring on for hearing this Motion to Dismiss the Complaint (the "Motion").

Defendants' Motion is brought under Rule 12 of the Federal Rules of Civil Procedure on the grounds that (1) this Court lacks personal jurisdiction over Defendants E. I. du Pont de Nemours and Company and The Chemours Company respecting the claims alleged, under Fed. R. Civ. P. 12(b)(2);[1] and, in the alternative, (2) the Complaint fails to state a claim against Defendants upon which relief can be granted, under Fed. R. Civ. P. 12(b)(6).

The Motion is based on this Notice, the accompanying Memoranda of Points and Authorities,[2] the [Proposed] Orders filed herewith, the pleadings on file in this case, and such other evidence and oral argument as the Court may consider.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on November 13 and 17, 2020.

Dated: November 20, 2020        GLYNN & FINLEY, LLP

By: */s/ Adam M. Rapp*
Andrew T. Mortl
Adam M. Rapp

---

[1] Defendants Corteva Inc. and DuPont de Nemours Inc. are concurrently submitting a separate motion to dismiss for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2).

[2] Defendants E. I. du Pont de Nemours and Company and The Chemours Company are concurrently filing a separate Memorandum of Points and Authorities with argument under Fed. R. Civ. P. 12(b)(2). All defendants in suit are concurrently filing an omnibus Memorandum of Points and Authorities with common arguments under Fed. R. Civ. P. 12(b)(6), subscribed by all defendants.


-and-

MCCARTER & ENGLISH, LLP

By: */s/ Lanny S. Kurzweil*
Lanny S. Kurzweil
John J. McAleese III
Nathan C. Howe
Connor E. Phalon

Attorneys for Defendants E. I. DU PONT DE NEMOURS AND COMPANY (as to all claims except the fraudulent transfer claims (Fifth through Eighth Causes of Action))

Pursuant to Local Rule 5-4.3.4(a)(2)(i), all undersigned counsel have authorized E. I. du Pont de Nemours and Company's counsel, Adam M. Rapp and Lanny S. Kurzweil, to sign and submit this Notice of Motion to Dismiss on their behalf.

As authorized on November 20, 2020    MURPHY ROSEN, LLP

By: */s/ Paul D. Murphy*
Paul D. Murphy

-and-

BARTLIT BECK, LLP

By: */s/ Katharine A. Roin*
John S. Phillips
Katherine L. I. Hacker
Katharine A. Roin

Attorneys for E. I. DU PONT DE NEMOURS AND COMPANY (as to the fraudulent transfer claims (Fifth through Eighth Causes of Action), CORTEVA, INC., AND DUPONT DE NEMOURS, INC.

As authorized on November 20, 2020    KUTAK ROCK LLP

By: */s/ Rudy S. Perrino*
Rudy R. Perrino

-and-

- 2 -
NOTICE OF JOINT MOTION TO DISMISS OF CHEMOURS, E. I. DU PONT DE NEMOURS, CORTEVA AND DUPONT DE NEMOURS

ME1 35059722v.1

NORRIS MCLAUGHLIN, LLP

By: */s/ Saleem Mawji*
Martha N. Donovan
Margaret Raymond Flood
Saleem Mawji

Attorneys for THE CHEMOURS COMPANY